IN THE U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DANIEL GEHRIG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:16-cv-04066-MJW |
| v. ) | |
| ) | |
| ON ASSIGNMENT STAFFING ) | |
| SERVICES, LLC d/b/a ) | |
| LAB SUPPORT, LLC, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and by stipulation, the parties hereby stipulate to the dismissal of all claims in this action with prejudice, each party to bear their own costs.

 By: /s/ C. Jason Brown
Charles Jason Brown MO #49952
Jayson A. Watkins MO #61434
Brown & Watkins LLC
301 S. US 169 Hwy
Gower Missouri 64454
Tel: 816-505-4529
Fax: 816-424-1337
brown@brownandwatkins.com
watkins@brownandwatkins.com
ATTORNEY FOR PLAINTIFF

By: */s/ Laura D. Windsor (with consent)*
Richard F. Huck, III #32468 MO
DANNA MCKITRICK, P.C
7701 Forsyth Blvd., Suite 800
St. Louis, MO 63105-3907
(314) 726-1000/(314) 725-6592 fax
E-Mail: rhuck@dmfirm.com
*To Be Admitted Pro Hac Vice*:
Laura D. Windsor
Virginia State Bar No. 70354
WILLIAMS MULLEN, P.C.
P.O. Box 1320
Richmond, Virginia 23218-1320
Telephone: (804) 420-6466
Facsimile: (804) 420-6507
lwindsor@williamsmullen.com
*Counsel for Defendant*